IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elena Izkhakov, | ) |
| | ) |
| Plaintiff, | ) No. 2:12-cv-04135-MSG |
| | ) |
| v. | ) |
| | ) |
| Educational Commission for Foreign Medical Graduates, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Brian W. Shaffer of Morgan, Lewis & Bockius LLP (1701 Market Street, Philadelphia, PA 19103, bshaffer@morganlewis.com) as counsel to Defendant Educational Commission for Foreign Medical Graduates.

Respectfully submitted,

Dated: August 10, 2012

/s/ Margaret E. Rodgers Schmidt
Margaret E. Rodgers Schmidt (PA Bar No. 200959)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Tel: 215-963-5000
Fax: 215-963-5001
mrodgersschmidt@morganlewis.com

*Attorney for Defendant Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2012, a true and correct copy of the foregoing Notice of Appearance was served via first-class and electronic mail upon:

>Christopher E. Chang
>140 Broadway, 46th Floor
>New York, New York 10005
>cechang@juno.com

August 10, 2012                                     /s/ Margaret E. Rodgers Schmidt
                                                                  Margaret E. Rodgers Schmidt