**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Elena Izkhakov,** ) | |
| ) | **No. 2:12-cv-04135-MSG** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **Educational Commission for Foreign Medical Graduates** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Heather L. Hopkins of Morgan, Lewis & Bockius LLP, should be withdrawn as counsel of record for Defendant Educational Commission for Foreign Medical Graduates ("Defendant").  You are requested to continue to serve all correspondence, pleadings, and other documents and papers on Brian W. Shaffer and Margaret E. Rodgers Schmidt of Morgan, Lewis & Bockius LLP, attorneys of record who remain as counsel for Defendant.

Respectfully submitted,

Dated:  August 10, 2012

/s/ Margaret E. Rodgers Schmidt
Margaret E. Rodgers Schmidt (PA Bar No. 200959)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Tel: 215-963-5000
Fax: 215-963-5001
mrodgersschmidt@morganlewis.com

*Attorney for Defendant Educational Commission for Foreign Medical Graduates*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of

Appearance was filed via ECF and served via first-class and electronic mail upon:

<div style="margin-left: 3em;">

Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
cechang@juno.com

</div>

August 10, 2012                                   /s/ Margaret E. Rodgers Schmidt
                                                  Margaret E. Rodgers Schmidt