Christopher E. Chang     CEC 3271 (SDNY Bar Number)
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
E-mail: cechang@juno.com

**FILED**
AUG 1 5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------x

ELENA IZKHAKOV,

                 Plaintiff,

-against-                                              **12 CV 4135 (MSG)**

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

                 Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** of the following attorney address information change for

**Christopher E. Chang, Esq.**:

| | |
|---|---|
| **OLD FIRM:** | **Doar Devorkin & Rieck**<br>233 Broadway, 10th Floor<br>New York, New York 10279<br>(212) 619-3730<br>(212) 962-5037 (fax) |
| **NEW FIRM:** | **Law Offices of Christopher E. Chang**<br>140 Broadway, 46th Floor<br>New York, New York 10005<br>(212) 208-1470<br>(212) 208-1468 (fax)<br>E-mail: cechang@juno.com |

    I am counsel of record for plaintiff Elena Izkhakov in the above-entitled action.

Dated: New York, New York
         August 13, 2012

                                            Christopher E. Chang, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 13, 2012, I served the foregoing Notice of Change of Address by sending a true copy thereof by electronic transmission to the following attorneys/parties at the e-mail addresses indicated:

>Margaret E. Rodgers Schmidt, Esq.
>Morgan, Lewis & Bockius LLP
>*Attorneys for Defendant*
>1701 Market Street
>Philadelphia, PA 19103-2921
>E-mail: mrodgersschmidt@morganlewis.com

Dated: New York, New York
August 13, 2012

_____
Christopher E. Chang