IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SWARTZ CAMPBELL LLC**<br>**BY:** William T. Salzer, Esquire<br>Identification No. 42657<br>Two Liberty Place - 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br>(215) 564-5190 | **Attorney for** Plaintiff |
| ELENA IZKHAKOV,<br>　　　　　　　　Plaintiff,<br>　　vs.<br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO.  2:12-04135-MSG |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

　　　Kindly enter our appearance on behalf of Plaintiff, Elena Izkhakov, with regard to the above matter.

　　　　　　　　　　　　SWARTZ CAMPBELL LLC


　　　　　　　　　　　　<u>S/William T. Salzer</u>
　　　　　　　　　　　　William T. Salzer
　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　Elena Izkhakov

Date:  September 25, 2012

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SWARTZ CAMPBELL LLC**                           **Attorney for** Plaintiff
BY:  William T. Salzer, Esquire
Identification No. 42657
Two Liberty Place - 28th Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 564-5190

| | |
|---|---|
| ELENA IZKHAKOV,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES<br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO.  2:12-04135-MSG |

### CERTIFICATE OF SERVICE

　　　　William T. Salzer, Esquire, hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on September 25, 2012.

Heather Leigh Hopkins, Esquire           Margaret E. Rodgers, Esquire
Morgan Lewis & Bockius, LLP              Morgan Lewis & Bockius, LLP
101 Park Avenue                          1701 Market Street
New York, NY 10178-0060                  Philadelphia, PA 19103

Christopher E. Chang, Esquire
Law Offices of Christopher E. Chang, Esquire
140 Broadway - 46th Floor
New York, NY 10005

                                SWARTZ CAMPBELL LLC

                                <u>S/William T. Salzer</u>
                                William T. Salzer
                                Attorney for Plaintiff,
                                Elena Izkhakov

Date:  September 25, 2012