IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA IZKHAKOV,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | NO. 12-4135 |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 25th day of September, 2012, it is hereby **ORDERED** that a Rule 16 Conference is scheduled for 2:00 p.m. on Wednesday, October 17, 2012 and will be held via telephone. Plaintiff's counsel shall initiate the conference call with Defendant's counsel prior to calling chambers.

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**