# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **Elena Izkhakov,**  )<br>  )<br>     **Plaintiff,**  )<br>  )<br>**v.**  )<br>  )<br>**Educational Commission for Foreign**  )<br>**Medical Graduates,**  )<br>  )<br>     **Defendant.**  )<br>  )<br>  ) | No. 2:12-cv-04135-MSG |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for Defendant Educational Commission for Foreign Medical Graduates in the above-captioned action.

                                        Respectfully submitted,

Dated: October 3, 2012        */s/ Brian W. Shaffer*
                                         Brian W. Shaffer (PA Bar # 78851)
                                         Morgan, Lewis & Bockius LLP
                                         1701 Market Street
                                         Philadelphia, PA 19103
                                         Tel: 215-963-5103
                                         Fax: 215-963-5001
                                         bshaffer@morganlewis.com

                                         *Attorney for Defendant Educational Commission for*
                                         *Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, a true and correct copy of the foregoing Notice of Appearance was served via first-class and electronic mail upon:

>Christopher E. Chang, Esq.
>Law Offices of Christopher E. Chang
>140 Broadway, 46th Floor
>New York, New York 10005
>cechang@juno.com
>
>William T. Salzer, Esq.
>Swartz Campbell LLC
>Two Liberty Place, 28th Floor
>50 S. 16th Street
>Philadelphia, PA 19102
>wsalzer@swartzcampbell.com

October 3, 2012                              */s/ Brian W. Shaffer*
                                              Brian W. Shaffer