IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Elena Izkhakov,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 2:12-cv-04135-MSG |
| **Educational Commission for Foreign Medical Graduates,** | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

Kindly enter my appearance as counsel for Defendant Educational Commission for Foreign Medical Graduates in the above-captioned action.

                                                Respectfully submitted,

Dated: October 3, 2012             */s/ Elisa P. McEnroe*
                                            Elisa P. McEnroe (PA Bar # 206143)
                                            Morgan, Lewis & Bockius LLP
                                            1701 Market Street
                                            Philadelphia, PA 19103
                                            Tel: 215-963-5917
                                            Fax: 215-963-5001
                                            emcenroe@morganlewis.com

                                            *Attorney for Defendant Educational Commission for Foreign Medical Graduates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, a true and correct copy of the foregoing Notice of Appearance was served via first-class and electronic mail upon:

>Christopher E. Chang, Esq.
>Law Offices of Christopher E. Chang
>140 Broadway, 46th Floor
>New York, New York 10005
>cechang@juno.com
>
>William T. Salzer, Esq.
>Swartz Campbell LLC
>Two Liberty Place, 28th Floor
>50 S. 16th Street
>Philadelphia, PA 19102
>wsalzer@swartzcampbell.com

October 3, 2012                                                        */s/ Elisa P. McEnroe*
                                                                                    Elisa P. McEnroe