IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elena Izkhakov | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Educational Commission for Foreign | : | NO.  12-CV-4135 (MSG) |
| Medical Graduates | : | |

## **ORDER**

AND NOW, this          Day of                    , 200   , it is hereby

ORDERED that the application of   Christopher E. Chang  , Esquire, to practice in

this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.


_____
                                                                    J.

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# **12-CV-4135 (MSG)**

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

       I, **Christopher E. Chang** _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| **New York** | **June 23, 1979** | **1095835** |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| **SDNY** | **December 12, 1982** | **CEC 3271** |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| **EDNY** | **January 6, 1983** | **CEC 3271** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     **Plaintiff Elena Izkhakov**

                    (Applicant's Signature)

                    **September 27, 2012**
                    (Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

    **Law Offices of Christopher E. Chang**

    **140 Broadway, 46th Floor**

    **New York, New York 10005 Telephone No. (212) 208-1470**

    **E-mail: cechang@juno.com**

Sworn and subscribed before me this

27th Day of *September,* 200 *2012*

*Karla MacKesson*

Notary Public

KARLA MacKESSON
Notary Public State of New York
No. 31-4717610
Qualified in New York County
Commission Expires July 31, 2014

10/04

II.   SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Christopher E. Chang, Esquire   to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William T. Salzer | | 1984 | 42657 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney I.D. No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Swartz Campbell, LLC, Two Liberty Place, 28th Floor, 50 South 16th Street, Philadelphia, PA    19102    Telephone    No.    215-299-4346;    Fax:    215-299-4301;    email: wsalzer@swartzcampbell.com.

Sworn and subscribed before me this

__2__ day of __October__, 2012

_____
Notary Public

NOTARIAL SEAL
EILEEN McGOVERN, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Feb. 8, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elena Izkhakov | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Educational Commission for Foreign | : | NO.   12-CV-4135 (MSG) |
| Medical Graduates | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Christopher E. Chang  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Heather Leigh Hopkins, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Margaret E. Rodgers, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Christopher E. Chang, Esquire
Law Offices of Christopher E. Chang, Esquire
140 Broadway - 46th Floor
New York, NY 10005

_____
Signature of Attorney

William T. Salzer, Esquire
Name of Attorney

Christopher E. Chang, Esquire
Name of Moving Party

October 2, 2012
Date