Christopher E. Chang    CEC 3271 (SDNY Bar Number)
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
(212) 208-1468 (fax)
E-mail: cechang@juno.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------x
ELENA IZKHAKOV,

                Plaintiff,

    -against-

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

                Defendant.
-----------------------------------------------------------x

CIVIL ACTION

No. 2:12-04135-MSG

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter our appearance on behalf of plaintiff Elena Izkhakov in the above-entitled action.

Dated: New York, New York
       October 11, 2012

*/s/ Christopher E. Chang*
Christopher E. Chang, Esq.
*Attorney for Plaintiff Elena Izkhakov*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 11, 2012, I served the foregoing Entry of Appearance by sending a true copy thereof by electronic transmission to the following attorneys/parties at the e-mail addresses indicated:

>Elisa P. McEnroe, Esq.
>Morgan, Lewis & Bockius LLP
>*Attorneys for Defendant*
>1701 Market Street
>Philadelphia, PA 19103-2921
>E-mail: emcenroe@morganlewis.com

Dated: New York, New York
October 11, 2012

Christopher E. Chang