APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Elena Izkhakov,                                 :        CIVIL ACTION
                                                :
                              Plaintiff,        :
                                                :
              v.                                :
                                                :
Educational Commission for                      :        NO. 12-CV-4135 (MSG)
Foreign Medical Graduates,                      :
                                                :
                              Defendant.        :

ORDER

AND NOW, this            Day of                  , 20 12, it is hereby

ORDERED that the application of Barry Black, Esquire, to practice in this court pursuant

to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.


_____
                                                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# **NO. 12-CV-4135 (MSG)**

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Barry Black, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.      *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | June 30, 1998 | 2897890 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      *I state that I am currently admitted to practice in the following federal jurisdictions:*

| SDNY | Oct. 2, 1998 | BB 4602 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | Sept. 2, 1998 | BB 4602 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*      Elena Izkhukov, Plaintiff

(Applicant's Signature)

October 16, 2012
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Law offices of Barry Black
479 S Oyster Bay Rd.
Plainview, NY 11803
515-247-1510; barryblack@barryblacklaw.com

Sworn and subscribed before me this

16th Day of Oct, 2012

Notary Public

MARIA A CASALI
Notary Public, State of New York
No. 01CA4700559
Qualified in New York County
Commission Expires Sept. 30, 2013

10/04

II.    SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Barry Black, Esquire  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William T. Salzer | | 1984 | 42657 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney I.D. No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Swartz Campbell, LLC, Two Liberty Place, 28th Floor, 50 South 16th Street, Philadelphia, PA   19102   Telephone   No.   215-299-4346;   Fax:   215-299-4301;   email: wsalzer@swartzcampbell.com.

Sworn and subscribed before me this

_16_ day of _October_ , 2012

_____
Notary Public

NOTARIAL SEAL
EILEEN McGOVERN, Notary Public
Philadelphia, Philadelphia County
My Commission Expires Feb. 8, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elena Izkhakov | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Educational Commission for Foreign | : | NO.  12-CV-4135 (MSG) |
| Medical Graduates | : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of     Barry Black
Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the
relevant proposed Order which, if granted, would permit such practice in this court was
mailed today with postage prepaid to:

Heather Leigh Hopkins, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Margaret E. Rodgers, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Barry Black, Esquire
Law Offices of Barry Black, Esquire
140 Broadway - 46th Floor
New York, NY 10005

Signature of Attorney

William T. Salzer, Esquire
Name of Attorney

Barry Black, Esquire
Name of Moving Party

October 16, 2012
Date