IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA IZKHAKOV,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **NO. 12-4135** |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 22nd day of October, 2012, following a Rule 16 Conference, it is hereby **ORDERED** that a telephone conference is scheduled for 2:00 p.m. on Wednesday, October 31, 2012 to further discuss the litigants' discovery requests. Plaintiff's counsel shall initiate the conference call with Defendant's counsel prior to calling chambers.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**