APPENDIX X

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Elena Izkhakov, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| Educational Commission for Foreign Medical Graduates, | : | NO. 12-CV-4135 (MSG) |
| Defendant. | : | |

### ORDER

AND NOW, this 24th Day of October, 20 12, it is hereby

ORDERED that the application of Barry Black, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

X   GRANTED.

___ DENIED.

_____ J.