IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA IZKHAKOV,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | NO. 12-4135 |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | : | |
| **Defendant.** | : | |

## NOTICE

**AND NOW,** this 31st day of October, 2012, the telephone conference set for October 31, 2012 is rescheduled for 10:00 a.m., Thursday, November 8, 2012. Plaintiff's Counsel shall initiate the conference call with Defendant's counsel prior to calling chambers.

/s/ Carole J. Ludwig
_____
**Carole J. Ludwig, Civil Deputy to the Honorable Mitchell S. Goldberg**