IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELENA IZKHAKOV,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| v. : | No. 12-4135 |
| **EDUCATIONAL COMMISSION FOR** : | |
| **FOREIGN MEDICAL GRADUATES,** : | |
| **Defendant.** : | |

## SCHEDULING ORDER

**AND NOW**, this 8th day of November, 2012, following a telephone conference, it is **ORDERED** that:

1. All fact discovery shall be completed by **January 7, 2013**.

2. The parties cross-motions for summary judgment shall be filed no later than **February 19, 2013**.

3. Responses to motions for summary judgment, if any, shall be filed no later than **March 12, 2013**.

4. Replies to motions for summary judgment, if any, shall be filed no later than **March 22, 2013**.

5. Upon this Court's ruling on all motions, the parties should contact Chambers for a further scheduling order.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**