Christopher E. Chang     CEC 3271 (SDNY Bar Number)
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
(212) 208-1468 (fax)
E-mail: cechang@juno.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------x
ELENA IZKHAKOV,

                Plaintiff,

      -against-

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

                Defendant.
-----------------------------------------------------------x

**CIVIL ACTION**

**No. 2:12-04135-MSG**

### STIPULATION OF DISMISSAL OF PLAINTIFF'S
### SECOND AND THIRD CLAIMS FOR RELIEF

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for plaintiff and defendant that pursuant to Rule 41(a)(2), Fed. R. Civ. P. plaintiff's second and third claims for relief are dismissed and without costs to the parties as against the other.

This Stipulation may be executed in counterparts, and each counterpart, when executed, shall have the efficacy of a signed original. Photographic and facsimile copies of such

signed counterparts may be used in lieu of the originals for any purpose.

Dated: New York, New York
November 30, 2012

_____  11/30/12  _____
Christopher E. Chang, Esq.                  Elisa P. McEnroe, Esq.
Law Offices of Christopher E. Chang         Morgan, Lewis & Bockius LLP
*Attorneys for Plaintiff*                   *Attorneys for Defendant*
140 Broadway, 46th Floor                    1701 Market Street
New York, New York 10005                    Philadelphia, PA 19103-2921
(212) 208-1470                              (215) 963-5917
E-mail: cechang@juno.com                    E-mail: emcenroe@morganlewis.com

***SO ORDERED:***


_____
           U.S.D.J.