IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENA IZKHAKOV, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  12-4135 |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| Defendant. | : | |

## FIRST AMENDED SCHEDULING ORDER

**AND NOW,** this 13th day of February, 2013, upon receipt of correspondence from counsel requesting a sixty (60) day extension to this Court's Scheduling Order of November 8, 2012 (Doc. No. 25), it is hereby **ORDERED** that the parties shall be granted an additional thirty (30) days to facilitate settlement.  Therefore:

1. The parties' cross-motions for summary judgment shall be filed by **March 21, 2013**.

2. Responses to motions for summary judgment shall be filed by **April 11, 2013**.

3. Replies to motions for summary judgment, if any, shall be filed by **April 22, 2013**.

4. Upon this Court's ruling on all motions, the parties shall contact Chambers for a further Scheduling Order.

BY THE COURT:

/s/ Mitchell S. Goldberhg

_____

**Mitchell S. Goldberg, J.**