IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------x
ELENA IZKHAKOV,

          Plaintiff,

  -against-

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

          Defendant.
------------------------------------------------------------x

CIVIL ACTION

No. 2:12-04135-MSG

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for plaintiff and defendant that pursuant to Rule 41(a)(2), Fed. R. Civ. P. the instant action is dismissed with prejudice and without costs to the parties as against the other. This Stipulation may be executed in counterparts, and each counterpart, when executed, shall have the efficacy of a signed original. Photographic and facsimile copies of such signed counterparts may be used in lieu of the originals for any purpose.

Dated: March 19, 2013

_____
Christopher E. Chang, Esq.
Law Offices of Christopher E. Chang
*Attorneys for Plaintiff*
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
E-mail: cechang@juno.com

_____
Elisa P. McEnroe, Esq.
Morgan, Lewis & Bockius LLP
*Attorneys for Defendant*
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5917
E-mail: emcenroe@morganlewis.com

*SO ORDERED:*


_____
U.S.D.J.