IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA IZKHAKOV,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | **NO. 12-4135** |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | : | |
| Defendant. | : | |

## NOTICE

**AND NOW,** this 3rd day of June, 2013, having received a call from counsel requesting an alternative to the filing of a motion to seal, a telephone conference is scheduled for **Monday, June 10, 2013** at **11:00 a.m.**  Plaintiff's counsel shall initiate the conference call with Defendant's counsel prior to calling chambers.

/s/ Carole J. Ludwig

**Carole J. Ludwig, Civil Deputy to the
Honorable Mitchell S. Goldberg**