IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SWARTZ CAMPBELL LLC
BY:  William T. Salzer, Esquire
      Laura K. Hoensch            Attorneys for Plaintiff
Identification No. 42657/310436
Two Liberty Place - 28th Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 564-5190
wsalzer@swartzcampbell.com
lhoensch@swartzcampbell.com

| | |
|---|---|
| ELENA IZKHAKOV,<br><br>                    Plaintiff,<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES<br><br>                    Defendant. | CIVIL ACTION<br><br>NO.  2:12-04135-MSG |

ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

   Kindly enter my appearance on as co-counsel on behalf of plaintiff, Elena Izkhakov, with regard to the above matter.

                    SWARTZ CAMPBELL LLC


                    S/Laura K. Hoensch
                    Laura K. Hoensch
                    Attorney for Plaintiff,
                    Elena Izkhakov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SWARTZ CAMPBELL LLC
BY:  William T. Salzer, Esquire
      Laura K. Hoensch           Attorneys for Plaintiff
Identification No. 42657/310436
Two Liberty Place - 28th Floor
50 South 16th Street
Philadelphia, PA 19102
(215) 564-5190
wsalzer@swartzcampbell.com
lhoensch@swartzcampbell.com

| | |
|---|---|
| ELENA IZKHAKOV,<br><br>                    Plaintiff,<br>   vs.<br><br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES<br><br>                    Defendant. | CIVIL ACTION<br><br>NO.  2:12-04135-MSG |

<u>CERTIFICATE OF SERVICE</u>

      Laura K. Hoensch, Esquire, hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on July 2, 2013.

Heather Leigh Hopkins, Esquire
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Brian W. Schafer, Esquire
Margaret E. Rodgers, Esquire
Elisa P. McEnroe, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

–3–

Christopher E. Chang, Esquire
Law Offices of Christopher E. Chang, Esquire
140 Broadway - 46th Floor
New York, NY 10005

Barry Black, Esquire
Law Offices of Barry Black, Esquire
140 Broadway - 46th Floor
New York, NY 10005

        SWARTZ CAMPBELL LLC

        S/Laura K. Hoensch
        Laura K. Hoensch
        Attorney for Plaintiff,
        Elena Izkhakov