IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELENA IZKHAKOV, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-4135 |
| | : | |
| EDUCATIONAL COMMISSION FOR | : | |
| FOREIGN MEDICAL GRADUATES, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 3rd day of July, 2013, upon consideration of "Plaintiff Elena Izkhakov's Motion for Leave to File Motion to Seal Under Seal" (Doc. No. 32), which is unopposed, and having been satisfied that good cause has been established,[1] it is hereby **ORDERED** that:

— The motion is **GRANTED**;

— The Clerk of Court shall file Plaintiff's Motion to Seal and any exhibits thereto under seal; and

— These documents shall remain under seal until further Order of this Court.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**

---

[1] Plaintiff has demonstrated that the motion contains confidential information pertaining to her eligibility to take the United States Medical Licensing Exam, have a high likelihood of causing her embarrassment and damage to her professional reputation.  Further, the risk of harm to Plaintiff outweighs the public's interest in disclosure.  See Glenmede Trust Co. v. Thompson, 56 F.3d 476, 483 (3d Cir. 1995) (citing Pansy v. Borough of Stroudsburg, 23 F.3d 772, 787-91 (3d Cir. 1994)) (listing violation of privacy interests and embarrassment as considerations for establishing good cause).