IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELENA IZKHAKOV,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO.  12-4135** |
| | : | |
| **EDUCATIONAL COMMISSION FOR** | : | |
| **FOREIGN MEDICAL GRADUATES,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 30th day of September, 2013, upon consideration of the "Motion to Seal Docket No. 2:12-04135-MSG in the U.S. District Court for the Eastern District of Pennsylvania, or Alternatively to Seal the Following Documents Contained Therein: The Complaint, Attachments to the Complaint, the Discovery Plan of Elena Izkhakov, and the Motion for Leave to File Motion to Seal Under Seal," which is unopposed, and having been satisfied that good cause has been established with regard to the enumerated docket entries listed above,[1] it is hereby **ORDERED** that:

— Plaintiff's motion is **GRANTED** in part and **DENIED** in part.  Plaintiff's motion is granted with respect to the complaint, all attachments to the complaint, the discovery plan of Elena Izkhakov and the motion for leave to file motion to seal under seal.  The motion is denied as to the remainder of the docket.

---

[1] Plaintiff has demonstrated that these docket entries contain confidential information pertaining to her eligibility to take the United States Medical Licensing Exam, have a high likelihood of causing her embarrassment and irreparable damage to her professional reputation.  Further, the risk of harm to Plaintiff outweighs the public's interest in disclosure.  See Glenmede Trust Co. v. Thompson, 56 F.3d 476, 483 (3d Cir. 1995) (citing Pansy v. Borough of Stroudsburg, 23 F.3d 772, 787-91 (3d Cir. 1994)) (listing violation of privacy interests and embarrassment as considerations for establishing good cause); see also Doe v. Provident Life and Acc. Ins. Co., 176 F.R.D. 464, 470 (E.D. Pa. 1997) (granting a protective order due to the strong probability that the plaintiff would suffer irreparable harm to his professional reputation if his name were revealed in connection with the lawsuit).

— The Clerk of Court shall place the following documents under seal: (1) the complaint and all attachments thereto (Doc. Nos. 1-1 through 1-15); (2) the discovery plan of Elena Izkhakov (Doc. No. 15); and (3) the motion for leave to file motion to seal under seal (Doc. No. 32).

— These documents shall remain under seal until further Order of this Court.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**